UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SANDRA F. HOLLY                                                                                   PLAINTIFF

VS.                                                                 CIVIL ACTION NO. 3:05CV478 DPJ-JCS

SMALL BUSINESS CORPORATION OF AMERICA,
MEGA GROUP, INC., JOHN H. BROWN, AND
JOYCE BROWN                                                                                 DEFENDANTS

JUDGMENT

For the reasons given on the record in the hearing held on this matter on April 24, 2007, it is hereby ordered that Plaintiff's motion for default judgment is granted and Plaintiff's "motion to enter judgment" is granted.  Plaintiff has advised the Court that she seeks a judgment only on her breach of contract claim against Defendants.  She has moved to dismiss without prejudice her claims for breach of fiduciary duty and violation of the securities acts, and accordingly, those claims are dismissed without prejudice.

The Court finds the Plaintiff is entitled to damages as follows:

1) $60,000 on the promissory note which is the subject of this breach of contract action;

2) pre-judgment interest at the rate of 12.5% per annum as provided by the promissory note from September 24, 2001 to April 24, 2007;

3) post-judgment interest at the rate of 4.93% beginning April 25, 2007 and continuing until the judgment is satisfied;

4) attorneys' fees in the amount of $3200; and

5) court costs in the amount of $250.

Plaintiff's motion for other costs associated with her time and effort spent pursuing this matter is denied.

**SO ORDERED AND ADJUDGED** this the 25th day of April, 2007.

                                                s/ *Daniel P. Jordan III*  
                                                UNITED STATES DISTRICT JUDGE